**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 20, 2025<br>Docket #: 25-1179<br>Short Title: Citibank, N.A. v. The People of the State of New York | DC Docket #: 1:24-cv-659<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Trial Judge - James Paul Oetken |

### NOTICE OF MOTION PLACED ON THE CALENDAR

A petition for leave to appeal; motion to file amicus brief; for leave to file, filed in the above-referenced case have been added as a submitted case to the substantive motions calendar for Tuesday, September 2, 2025.

Inquiries regarding this case may be directed to 212-857-8595.